ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

**FILED**

AUG - 8 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| CARILYN CURRY | Case No. 06-51052 SLJ |
| | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtor | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2495250 for an unclaimed dividend in the amount of $0.01. The name and address of the claimant entitled to the unclaimed dividend is as follows;

CARILYN CURRY
P O BOX 2880
SANTA CRUZ, CA 95063

Dated: August 02, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE